Troutman Pepper Hamilton Sanders LLP
875 Third Avenue
New York, New York  10022

troutman.com

**Sophia N. Dauria**
sophia.dauria@troutman.com

February 1, 2022

**VIA ECF**

Hon. Stewart D. Aaron
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, NY 10007

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #:_____
> DATE FILED: 2/1/2022

> Application GRANTED. The Initial Pretrial Conference currently scheduled for February 8, 2022 is adjourned until March 16, 2022 at 2:00 p.m. At the scheduled time, the parties shall each separately call (888) 278-0296 (or (214) 765-0479) and enter access code 6489745. SO ORDERED.
>
> Dated: February 1, 2022

**Re:** *Fleisig v. The Hartford Financial Services Group, Inc.*, 1:21-cv-09341-AJN-SDA

Dear Magistrate Judge Aaron:

We represent The Hartford Financial Services Group, Inc. (the "Defendant") in the above referenced action.  We write to respectfully request the Court's approval of the parties' agreement described below.

On January 4, 2022, this Court granted the parties' joint motion to extend time for Defendant to answer, move, or otherwise respond to Plaintiff's Complaint (ECF No. 12).  Defendant currently has through and including February 22, 2022 to do so.  In the interests of judicial economy, the parties respectfully request that the Initial Pretrial Conference, currently scheduled for Tuesday, February 8, 2022, at 2:00 p.m., be adjourned to March 10, 2022 or any date thereafter.  This is the first request for an adjournment and all counsel consent to this request.

Thank you for your attention to this matter.

Respectfully submitted,

*s/Sophia N. Dauria*
Sophia N. Dauria