```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/2/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Blake Fleisig,

                Plaintiff,

-against-

The Hartford Financial Services Group, Inc.,

                Defendant.

1:21-cv-09341 (VSB) (SDA)

**ORDER**

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

      Having reviewed the Joint Letter setting forth the parties' positions regarding a proposed schedule (ECF No. 25), it is hereby Ordered that Defendant shall respond to the Complaint no later than Friday July 8, 2022. If Defendant moves against the Complaint and seeks a stay of discovery, it must set forth good cause for such a stay. *See Republic of Turkey v. Christie's, Inc.*, 316 F. Supp. 3d 675, 677 (S.D.N.Y. 2018). If Defendant files an Answer, the parties shall thereafter meet and confer and, no later than Friday July 15, 2022, file a Joint Letter setting forth a proposed schedule for the completion of discovery.

**SO ORDERED.**

DATED:     New York, New York
             June 2, 2022

                                                                  */s/ Stewart D. Aaron*
                                                                  STEWART D. AARON
                                                                  United States Magistrate Judge