UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BLAKE FLEISIG,<br><br>*Plaintiff*,<br><br>vs.<br><br><br>THE HARTFORD FINANCIAL SERVICES GROUP, INC.,<br><br>*Defendant*. | Case No. 1:21-CV-09341-DLC |

## ORDER

AND NOW, this 12th day of September, 2022, upon consideration of the joint motion of the parties for leave to file the Administrative Record under seal, said motion is GRANTED, and Defendant Hartford Life and Accident Insurance Company may file the Administrative Record in the instant action under seal.

BY THE COURT:

_____
DENISE COTE
United States District Judge